IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARLOWE BROWN,

                  Petitioner,             No.  2:12-cv-2458 CKD P

     vs.

U.S. DISTRICT COURT, et al.,

                Respondents.      <u>ORDER</u>

_____/

           Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has not, however, filed an in forma pauperis affidavit or paid the required filing fee ($5.00).  <u>See</u> 28 U.S.C. §§ 1914(a); 1915(a). Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of a request to proceed in forma pauperis or submit the appropriate filing fee.

           In accordance with the above, IT IS HEREBY ORDERED that:

           1.  Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's failure to comply with this order will result in a recommendation that this action be dismissed; and

/////

2.  The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

Dated: October 3, 2012

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
brow2458.101a