1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MARLOWE BROWN,

11           Petitioner,                    No.  2:12-cv-2458 MCE CKD P

12       vs.

13   U.S. DISTRICT COURT, et al.,           ORDER AND

14           Respondents.                   FINDINGS AND RECOMMENDATIONS

15   _____/

16           Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17   habeas corpus pursuant to 28 U.S.C. §  2254.  He challenges 2004 Sacramento County

18   convictions for attempted murder and other offenses as well as the resulting 41 years-to-life

19   sentence of imprisonment.

20           Petitioner has filed an application to proceed in forma pauperis.  Examination of

21   the in forma pauperis application reveals that petitioner is unable to afford the costs of suit.

22   Accordingly, the application to proceed in forma pauperis will be granted.  See 28 U.S.C.

23   § 1915(a).

24           Court records for case number 2:09-cv-3241 JAM DAD P reveal that petitioner

25   previously filed a petition for a writ of habeas corpus attacking the convictions and sentence

26   challenged in this case.  The operative third amended petition was filed in that action on March

1

1    22, 2010, and was dismissed as time-barred on January 14, 2011.  Petitioner later appealed.  The

2    Ninth Circuit affirmed the dismissal of petitioner's habeas petition on February 22, 2012 and the

3    mandate issued on July 25, 2012.  The court received the habeas petition filed in this action on

4    September 28, 2012.

5           Before petitioner can proceed with the instant successive habeas petition, he must

6    obtain authorization from the Ninth Circuit Court of Appeals.  28 U.S.C. § 2244(b)(3); see

7    Murray v. Greiner, 394 F.3d 78, 81 (2d Cir. 2005) (dismissal of habeas petition as time barred

8    "constitutes an adjudication on the merits that renders future petitions under § 2254 challenging

9    the same conviction 'second or successive' petitions under [28 U.S.C. § 2244(b)])."  Therefore,

10   petitioner's habeas petition must be dismissed without prejudice to refiling upon petitioner

11   obtaining the required authorization.

12          Accordingly IT IS HEREBY ORDERED that petitioner's motion to proceed in

13   forma pauperis (Dkt. No. 7) is granted; and

14          IT IS HEREBY RECOMMENDED that petitioner's application for writ of habeas

15   corpus be dismissed without prejudice.

16          These findings and recommendations are submitted to the United States District

17   Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen

18   days after being served with these findings and recommendations, petitioner may file written

19   objections with the court.  The document should be captioned "Objections to Magistrate Judge's

20   Findings and Recommendations."  Petitioner is advised that failure to file objections within the

21   specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951

22   F.2d 1153 (9th Cir. 1991).

23    Dated: October 29, 2012

24                                                            _____
                                                             CAROLYN K. DELANEY
25                                                           UNITED STATES MAGISTRATE JUDGE

26   1/brow2458.2nd

2